IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRI SAADOON,<br><br>                Plaintiff,<br><br>      v.<br><br>ROHIT NEPAL, ET AL.,<br><br>                Defendants. | CASE NO.  2:23-CV-00592-KJN<br><br>ORDER |

On March 29, 2023, plaintiff filed this mandamus action concerning the visa application of plaintiff's son.  (ECF No. 1.)  On July 7, 2023, defendants submitted a second stipulated request for extension of time in which to respond to the complaint.  (ECF No. 9.)  Per defendants' request, the consular official will be able to complete the adjudication of the visa application in this case shortly, which is expected to render this lawsuit moot.  (Id. at 1.)

The court finds defendants have shown good cause for the extension of time to respond to the complaint, and therefore GRANTS the request.  Defendants shall file an answer or other dispositive pleading by August 7, 2023.

In addition, under the Initial Scheduling Order, all parties were to inform the Clerk of Court of their decision whether to consent or decline to magistrate judge jurisdiction for all purposes in this case

by filing their Consent/Decline form (ECF No. 3-1) within ninety days of the date the action was filed, in this case by June 27, 2023.  (ECF No. 3 at 2, para. 2.)  A review of the docket indicates that no Consent/Decline forms have yet been submitted.  There is no obligation to consent, and no judge will be notified of a party's decision unless all parties have consented.  See Fed. R. Civ. P. 73(b)(1).  However, for proper case administration, each party must inform the Clerk of Court whether it consents to magistrate judge jurisdiction for all purposes.  Therefore, the court ORDERS that all parties file their Consent/Decline forms within seven days.

## ORDER

Accordingly, IT IS HEREBY ORDERED that

1. Defendants' request for extension of time to respond to the complaint is granted.  Defendants shall file an answer or other dispositive pleading by August 7, 2023; and

2. All parties file their Consent/Decline forms within seven days.

Dated:  July 11, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE