IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRI SAADOON,<br><br>    Plaintiff,<br><br>v.<br><br>ROHIT NEPAL, ET AL.,<br><br>    Defendants. | CASE NO.  2:23-CV-00592-KJN<br><br>ORDER |

    This case concerns the visa application of plaintiff's son, which was refused for administrative processing following a February 2022 consular interview.  (See generally, ECF No. 1.)  On August 7, 2023, defendants submitted a third stipulated request for extension of time in which to respond to the complaint.  (ECF No. 13.)  Per defendants' request, the consular official has not yet completed the adjudication of the visa application in this case; however, the parties anticipate that the adjudication will be completed shortly, which will render the lawsuit moot.  (Id. at 1.)

    The court finds defendants have shown good cause for the extension of time to respond to the complaint, and therefore GRANTS the request.  Defendants shall file an answer or other dispositive pleading by September 8, 2023.

Dated:  August 9, 2023

saad.0592

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE