IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRI SAADOON,<br><br>    Plaintiff,<br><br>  v.<br><br>ROHIT NEPAL, ET AL.,<br><br>    Defendants. | Case no.  2:23-CV-00592-KJN<br><br>ORDER |

  This case concerns the visa application of plaintiff's son, which was refused for administrative processing following a February 2022 consular interview.  (See generally, ECF No. 1.)  Defendants have submitted a fourth stipulated request for extension of time in which to respond to the complaint.  (ECF No. 15.)  The parties stipulate that the new date for Defendants to file an answer or other dispositive pleading is November 30, 2023.

  The court finds good cause for the extension of time to respond to the complaint, and therefore GRANTS the request.

Dated:  September 13, 2023

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

saad.0592